JUN 2 6 2002

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CyberOptics Corporation,<br><br>Plaintiff,<br><br>v.<br><br>George E. Kline,<br><br>Defendant. | Civil No. 01-CV-2169 RHK/SRN<br><br>**STIPULATION AND PROTECTIVE ORDER** |

WHEREAS, certain materials requested during the course of discovery contain confidential information; and

WHEREAS, the parties are willing to enter into a stipulation for a protective order as a condition to the disclosure of such confidential information and/or the inspection of documents containing confidential information; and

WHEREAS, counsel for the parties agree that an Order containing the terms set forth below may be entered by the Court without further notice in order to safeguard the confidentiality of such documents, while permitting reasonable discovery to proceed in the interim; and

WHEREAS, counsel for the parties agree that they will abide by the terms of this Stipulation and Protective Order during the period prior to the Court's execution of an Order,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The following shall constitute "Confidential Information":

a. documents produced by the parties stamped "Confidential";

JUL 2 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. documents produced by the parties with an accompanying letter indicating that said documents, or a clearly designated portion of them, constitute Confidential Information;

c. Any documents or testimony that the parties agree in writing or on the record is confidential; and

d. Any documents made confidential by court order.

2. Confidential Information may be used only in connection with this action as detailed below and shall not be given, shown, made available, communicated or disclosed to anyone other than:

a. the parties;

b. their attorneys of record and those attorneys' office staff who must be shown the Confidential Information for purposes of this litigation;

c. outside consultants and experts retained by the parties or their counsel to assist with preparation of trial; and

d. the Court.

3. Confidential Information shall not be used or communicated by any person receiving it for any purpose other than preparation for trial or settlement.

4. In any deposition, the parties may designate any testimony Confidential Information by advising the reporter of such fact. The reporter shall separately transcribe those portions of the testimony so designated, shall mark the face of the transcript accordingly, and shall file the transcript under separate cover with the attorney who took the deposition.

5. Confidential Information may be referred to by the parties in notices, motions, briefs or other pleadings, may be used in depositions, and may be marked as deposition exhibits. Confidential Information, however, shall not be used for any of these purposes unless, it or the

applicable portion containing the Confidential Information, is appropriately marked and separately filed under seal with the Court.

6. On final termination of this action, including all appeals, the original and all copies of documents containing Confidential Information shall be returned to the producing party or, in the alternative, certified to have been destroyed.

Dated: 7/18/02

**DORSEY & WHITNEY LLP**

Roger J. Magnuson, #66461
Mitchell W. Granberg, #285687
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600
Attorneys for Plaintiff

Dated: June 25, 2002.

**DOUGLAS A. KELLEY, P.A.**

Douglas A. Kelley, #54525
Steven E. Wolter, #170707
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415
(612) 371-9090
Attorneys for Defendant

IT IS SO ORDERED:

The Honorable Susan Richard Nelson
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.