Cv 01-2169 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **January 1, 2003. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: August 7, 2002.

FILED AUG 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | **Cyberoptics Corporation** | **Roger Magnuson**<br>**612-340-2600** |
| | **vs CV 01-2169 RHK/SRN**<br>**JURY** | |
| | **George E. Kline** | **Douglas Kelley**<br>**612-371-9090** |
| 2. | **Sulzer Spine-Tech, Inc.** | **Ronald Lee**<br>**612-766-7000** |
| | **vs CV 01-1719 RHK/SRN**<br>**COURT** | |
| | **Paul R. Breitenbach** | **Lisa Drill**<br>**715-246-2211** |
| 3. | **Ingenix Inc.** | **Peter Lancaster**<br>**612-340-2600**<br><br>**Steven Glazer**<br>**Yoav M. Griver**<br>**Leslie Spencer**<br>**212-310-8000** |
| | **vs CV 01-704 RHK/SRN**<br>**JURY** | |
| | **Symmetry Health Data Systems, Inc.** | **Patrick Reinken**<br>**612-340-7951**<br><br>**Daniel Maynard**<br>**Douglas Erickson**<br>**602-279-8500** |

| | | |
|---|---|---|
| **4.** | **Premier Fence Inc.** | **Alfred Edwall Jr.**<br>**651-489-7371** |
| | **vs CV 01-2293 RHK/AJB**<br>**JURY** | |
| | **Stanley Works Inc.** | **Linda Svitak**<br>**Amy Freestone**<br>**612-766-7000** |
| **5.** | **John William Parker** | **John Parker** |
| | **vs CV 01-1918 RHK/RLE**<br>**FERGUS FALLS**<br>**COURT** | |
| | **Sid Canham, individually**<br>**and as an employee of Mahnomen**<br>**County**<br>**ET AL** | **Thomas Carlson**<br>**661-221-0732** |