UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CyberOptics Corporation,

Plaintiff,

v.

George E. Kline,

Defendant.

Civil File No. 01-2169 (RHK/SRN)

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between Plaintiff CyberOptics Corporation and Defendant George E. Kline ("Kline"), by and through their respective attorneys, that judgment in this matter will be entered in favor of Plaintiff CyberOptics Corporation and against Kline in the amount of four hundred and thirteen thousand, one hundred and fifty-nine dollars, and twenty-five cents ($413,159.25).

It is further stipulated, by and between Plaintiff CyberOptics Corporation and Defendant George E. Kline, by and through their respective attorneys, that Plaintiff's Complaint against George E. Kline is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

**EXHIBIT A**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: September 30, 2002

DORSEY & WHITNEY LLP

By ______________________
Roger J. Magnuson (#0066461)
Mitchell W. Granberg (#285687)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiff
CyberOptics Corporation

Date: September 27, 2002

DOUGLAS A. KELLEY, P.A.

By ______________________
Steven E. Wolter, Esq. (#170707)
Douglas A. Kelly, P.A.
Centre Village Offices, Suite 2530
431 South Seventh Street
Minneapolis, MN 55415
Telephone: (612) 371-9090

Attorneys for Defendant
George E. Kline

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is directed to enter judgment against Defendant George E. Kline and for Plaintiff CyberOptics Corporation in the amount of four hundred and thirteen thousand, one hundred and fifty-nine dollars, and twenty-five cents ($413,159.25).

2. Plaintiff's Complaint against Defendant George E. Kline is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: October 2, 2002

Richard H. Kyle
United States District Judge