# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CyberOptics Corporation

Plaintiff

v.

George E. Kline

Defendants

Case No. Civil 01-2169 RHK/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Clerk of Court is directed to enter judgment against Defendant George E. Kline and for Plaintiff CyberOptics Corporation in the amount of four hundred and thirteen thousand, one hundred and fifty-nine dollars and twenty-five cents ($413,159.25). Plaintiff's complaint against Defendant George E. Kline is dismissed with prejudice and without costs to either party.

DATE: October 2, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk

28